# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| TONYA MANGELS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:19-cv-00834-BP |
| AMERICAN MULTI-CINEMA, INC., | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATED MOTION TO WITHDRAW MOTION FOR LEAVE TO AMEND ANSWER

Defendant American Multi-Cinema, Inc. ("AMC") by and through its attorneys, and Plaintiff, by and through her attorney, and by agreement and without objection, the Defendant moves to withdraw its Motion for Leave to Amend Answer (Doc. #66).

WHEREFORE, Defendant AMC hereby withdraws its Motion for Leave to Amend Answer (Doc. #66).

Respectfully submitted,

| BEAVER LAW FIRM, LLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Chad C. Beaver<br>Chad C. Beaver<br>Beaver Law Firm, LLC<br>1600 Genessee Street, Suite 920<br>Kansas City, MO 64102<br>(816) 226-7750<br>(816) 817-0540 (*Facsimile*)<br>cbeaver@beaver-law.com<br><br>**ATTORNEY FOR PLAINTIFF** | /s/ Kerri S. Reisdorff<br>Kerri S. Reisdorff   MO #51423<br>Chris R. Pace   MO #47344<br>Michael L. Matula,   MO #47568<br>AnnRene Coughlin   MO #67962<br>4520 Main Street, Suite 400<br>Kansas City, MO 64111<br>(816) 471-1301<br>(816) 471-1303 (*Facsimile*)<br>kerri.reisdorff@ogletree.com<br>chris.pace@ogletree.com<br>annrene.coughlin@ogletree.com<br>michael.matula@ogletree.com<br><br>**ATTORNEYS FOR DEFENDANT**S |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 16th day of April 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Chad C. Beaver
Beaver Law Firm, LLC
1600 Genessee Street, Suite 920
Kansas City, MO 64102
(816) 226-7750
(816) 817-0540 (*Facsimile*)
cbeaver@beaver-law.com

**ATTORNEY FOR PLAINTIFF**

/s/ Kerri S. Reisdorff
**ATTORNEY FOR DEFENDANT**

46812153.1