IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TONYA MANGELS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:19-cv-00834-BP ) |
| AMERICAN MULTI-CINEMA, INC., | ) ) |
| Defendant. | ) |

### DEFENDANT AMERICAN MULTI-CINEMA, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant American Multi-Cinema, Inc. ("AMC") submits this Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

In support of this motion, AMC contemporaneously files Suggestions in Support of this Motion for Summary Judgment, the arguments and authorities of which AMC expressly incorporates herein.

WHEREFORE, for the reasons set forth herein and in the Suggestions in Support of this Motion for Summary Judgment, AMC respectfully requests the Court grant its motion, enter judgment in AMC's favor on all claims, and grant any further relief the Court deems just and proper.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Kerri S. Reisdorff*

| | |
|---|---|
| Kerri S. Reisdorff | MO #51423 |
| Chris R. Pace | MO #47344 |
| Michael L. Matula, | MO #47568 |
| AnnRene Coughlin | MO #67962 |

4520 Main Street, Suite 400
Kansas City, MO 64111
(816) 471-1301
(816) 471-1303 (*Facsimile*)
kerri.reisdorff@ogletree.com
chris.pace@ogletree.com
annrene.coughlin@ogletree.com
michael.matula@ogletree.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 6th day of July, 2021 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Chad C. Beaver
Beaver Law Firm, LLC
1600 Genessee Street, Suite 920
Kansas City, MO 64102
(816) 226-7750
(816) 817-0540 (*Facsimile*)
cbeaver@beaver-law.com

**ATTORNEY FOR PLAINTIFF**

/s/ *Kerri S. Reisdorff*
**ATTORNEY FOR DEFENDANT**

47688255.1