UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TONYA MANGELS, | ) |
| Plaintiff, | ) Case No. 4:19-cv-00834-BP |
| v. | ) |
| AMERICAN MULTI-CINEMA, INC., | ) |
| Defendant. | ) |

**CLERK'S ORDER OF DISMISSAL**

On the 24th day of January 2022, the parties herein having filed a Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice against Defendant American Multi-Cinema, Inc. Each party to bear its own costs and attorneys' fees.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: January 24, 2022